UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SIXTH DIVISION

Civil File No. 00-CV-2079 JRT/RLE

Amelia Nelson, Elmer Nelson and Kimberly Nelson,

Plaintiffs,

vs.

Lancaster Independent School District No. 356, Kenneth Hunter, individually and in his capacity as Chairman of Lancaster School Board, Kathy Hunter, individually and in her capacity as employee of Lancaster Independent School District No. 356, and Kevin Hunter, individually and in his capacity as an employee of Lancaster Independent School District No. 356,

Defendants.

**ORDER**

The above-captioned matter came before the undersigned Magistrate Judge of the U.S. District Court in Minnesota pursuant to Defendant Lancaster Independent School District No. 356's Motion. Based upon all files, records and proceedings herein, it is hereby ordered:

1. That Defendants Lancaster Independent School District No. 356, and Kendall Hunter and Kathy Hunter, are granted an extension to answer Plaintiffs' Complaint to December 18, 2000.

DATED: November 22, 2000

BY THE COURT:

Raymond L. Erickson
Magistrate Judge of District Court

FILED NOV 22 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK