**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**SIXTH DIVISION**
**Civil Case No. 00-CV-2079**

| | | |
|---|---|---|
| **Amelia Nelson, Elmer Nelson, and Kimberly Nelson,**<br><br>**Plaintiffs,**<br><br>**-vs-**<br><br>**Lancaster Independent School District No. 356; Kendall Hunter, individually and In his capacity as Chairman of Lancaster School Board; Kathy Hunter, individually And in her capacity as employee of Lancaster School District No. 356; and Kevin Hunter, individually and in his Capacity as an employee of Lancaster Independent School District No. 356,**<br><br>**Defendants.** | ) | **ORDER FOR DISMISSAL OF THE DEFENDANT KEVIN HUNTER AND TO AMEND DESCRIPTION OF PARTIES** |

Based upon the Stipulation by and between the parties through their counsel,

IT IS ORDERED that Defendant Kevin Hunter be dismissed with prejudice, and,

IT IS FURTHER ORDERED as a condition of dismissal that:

1. Kevin Hunter agrees to appear for a deposition and at trial without subpoena at his own expense.
2. Kevin Hunter agrees to participate in the discovery process without the need to be subpoened, be it by deposition or paper discovery.
3. Kevin Hunter will generally cooperate through his counsel as needed to answer any questions, etc.

IT IS FURTHER ORDERED:

FILED APR 25 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

That the record in this case shall be amended by correcting the name of the Defendant Kenneth Hunter to read Kendall Hunter where it appears throughout the record and he the caption shall read as follows:

> Amelia Nelson, Elmer Nelson, and Kimberly Nelson, Plaintiffs, v. Lancaster Independent School District No. 356, Kendall Hunter, individually and in his capacity as Chairman of Lancaster School Board, Kathy Hunter, individually and in her capacity as employee of Lancaster Independent School District No. 356, Defendants

All parties shall be responsible for their own costs that might be taxable in this matter.

Dated: 4/25/2001

John R. Tunheim
_______________________________

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**SIXTH DIVISION**
**Civil Case No. 00-CV-2079**

| | |
|---|---|
| **Amelia Nelson, Elmer Nelson, and Kimberly Nelson,** <br> **Plaintiffs,** <br> **-vs-** <br> **Lancaster Independent School District No. 356; Kendall Hunter, individually and In his capacity as Chairman of Lancaster School Board; Kathy Hunter, individually And in her capacity as employee of Lancaster School District No. 356; and Kevin Hunter, individually and in his Capacity as an employee of Lancaster Independent School District No. 356,** <br> **Defendants.** | **STIPULATION FOR DISMISSAL OF THE DEFENDANT KEVIN HUNTER WITH PREJUDICE AND STIPULATION TO AMEND DESCRIPTION OF PARTIES** |

STIPULATION OF PARTIAL DISMISSAL OF PARTIES

It has come to the attention of the Plaintiffs' attorney by the attorney for Defendant Kevin Hunter, that he is judgment proof and as such, counsel for Defendant Kevin Hunter has made a request to the parties that his client be dismissed from this action, based on the premise that he will be filing bankruptcy if he is not dismissed from this action.

Therefore, it is stipulated and agreed between the parties by and through their counsel that Defendant Kevin Hunter be dismissed from this case with prejudice based on the following conditions:

1. Kevin Hunter agrees to appear for a deposition and at trial without subpoena at his own expense.
2. Kevin Hunter agrees to participate in the discovery process without the need to be subpoened, be it by deposition or paper discovery.
3. Kevin Hunter will generally cooperate through his counsel as needed to answer any questions, etc.

STIPULATION TO AMEND DISCRIPTION OF PARTIES

It has also come to the attention of counsel that Defendant Kendall Hunter is identified as Kenneth Hunter in the caption of this case.

Therefore, it is further stipulated and agreed between the parties by and through their counsel that the record in this case may be amended by correcting the name of the Defendant Kenneth Hunter to read Kendall Hunter where it appears throughout the record and he the caption shall read as follows:

> Amelia Nelson, Elmer Nelson, and Kimberly Nelson v. Lancaster Independent School District No. 356, Kendall Hunter, individually and in his capacity as Chairman of Lancaster School Board, Kathy Hunter, individually and in her capacity as employee of Lancaster Independent School District No. 356, and Kevin Hunter, individually and in his capacity as an employee of Lancaster Independent School Distict No. 356

This agreement shall have the force and effect as through a motion to amend the record has been made.

Dated: March 28, 2001

HAZELTON & RODGERS, P.C.

Gary M. Hazelton - #165414
Attorney for Plaintiffs
Woodland Professional Building

1421 Bemidji Avenue North, Suite 2
Bemidji, MN 56601
(218) 755-1756

Dated: 4-2-2001

THORWALDSEN, MALMSTROM,
SORUM & DONEHOWER, P.L.L.P.

Paul Thorwaldsen - #
1105 Highway 10 East
P.O. Box 1599
Detroit Lakes, MN 56502-1599

Dated: 4-4-01

QUINLIVAN & HUGHS, P.A.

Michael T. Feichtinger-#136323
P.O. Box 1008
St. Cloud, MN 56302

Dated: 4/4/01

BORDEN, STEINBAUER & KRUEGER
P.A.

Patrick M. Krueger - #
302 South Sixth Street
P.O. Box 411
Brainerd, MN 56401