UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SIXTH DIVISION

Civil File No. 00-CV-2079 JRT/RLE

Amelia Nelson, Elmer Nelson and Kimberly Nelson,

Plaintiffs,

vs.

Lancaster Independent School District No. 356, Kenneth Hunter, individually and in his capacity as Chairman of Lancaster School Board, Kathy Hunter, individually and in her capacity as employee of Lancaster Independent School District No. 356, and Kevin Hunter, individually and in his capacity as an employee of Lancaster Independent School District No. 356,

Defendants.

**STIPULATION TO EXTEND DEFENDANTS' EXPERT DISCLOSURE DEADLINE AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED**

By and between Plaintiffs and Defendants, through their respective counsel, that the deadline for Defendants to disclose expert information will be extended to August 1, 2001. This Stipulation is made due to reasons constituting good cause; the reason for the extension is that a family emergency necessitated a delay in scheduling and completing depositions, the transcripts of which are needed by Defendants' expert in order to formulate his opinions.

20

FILED JUN 29 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

QUINLIVAN & HUGHES, P.A.

Dated: 6/19/01

By ________________________
Michael T. Feichtinger #136323
Melinda M. Sanders #0250145
Attorneys for Defendant
Lancaster ISD #356
PO Box 1008
St. Cloud, MN 56302
(320) 251-1414
(320) 251-1415 (Fax)

BORDEN STEINBAUER
& KRUEGER P.A.

Dated: 6/21/01

By ________________________
Patrick M. Krueger #124965
Attorneys for Defendants
Kenneth and Kathy Hunter
302 South Sixth Street
PO Box 411
Brainerd, MN 56401
(218) 829-1451
(218) 8292946 fax

HAZELTON & RODGERS PC

Dated: 6/22/01

By ________________________
Gary M. Hazelton
Attorneys for Plaintiffs
1421 Bemidji Avenue
Bemidji, MN 56601
(218) 755-1746
(218) 755-1747 fax

**ORDER**

Based upon all the files, records and proceedings herein and the Stipulation of the parties, it is hereby ordered:

1. That the deadline for Defendants to disclose expert information will be extended to August 1, 2001.

Dated: JUN 2 9 2001

BY THE COURT:

Raymond L. Erickson
United States Magistrate Judge