**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

AMELIA NELSON, et al.,

Plaintiffs,

v.

LANCASTER INDEPENDENT
SCHOOL DISTRICT., et al.,

Defendants.

Civil No. 00-2079 (JRT/RLE)

**ORDER**

---

Gary M. Hazelton, HAZELTON & RODGERS, 1421 Bemidji Avenue North, Suite 2, Bemidji, MN 56601, for plaintiff.

Melinda M. Sanders, QUINLIVAN & HUGHES, 400 First Street South, Suite 600, St. Cloud, MN 56302, for defendant Lancaster Independent School District No. 356.

This matter is before the Court on defendant Lancaster Independent School District No. 356's request for a page extension in connection with their reply memoranda. Defendant requests a three to five page extension. The Court finds that defendant has shown good cause for an extension.

Based upon the defendant's request, and upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that defendant's request for a page

FILED SEP 1 2 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

extension in connection with their reply memoranda [Docket No. 21] is **GRANTED** up to five pages.

DATED: Sept. 12, 2001
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500