UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Amelia Nelson, Elmer Nelson
and Kimberly Nelson,

Plaintiffs,

vs.

CERTIFICATE OF READINESS
FOR TRIAL

Lancaster Independent School
District No. 356,

Defendant.

Civ. No. 00-2079(JRT/RLE)

* * * * * * * * * * * * * * * * * * *

TO: Hon. John R. Tunheim, and all counsel of record:

All parties are hereby notified that the above-entitled case is "Ready for Trial".

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

DATED: February 26, 2002
At Duluth, Minnesota

FILED FEB 26 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

38