UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Amelia Nelson, Elmer Nelson
and Kimberly Nelson,

Plaintiffs,

vs. ORDER OF DISMISSAL

Lancaster Independent School
District No. 356,

Defendant. Civ. No. 00-2079 (JRT/RLE)

* * * * * * * * * * * * * * * * * *

The Court having been advised by counsel that the above action has been settled, it is --

ORDERED:

That this action is hereby dismissed, with prejudice, the Court reserving jurisdiction for 45 days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final Judgment, or to seek enforcement of the Settlement terms.

BY THE COURT:

John R. Tunheim

Judge John R. Tunheim
United States District Court

DATED: April 4, 2002
At Minneapolis, Minnesota

FILED APR 04 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______